JUDGE SWEET

Michael C. Harwood (mharwood@kasowitz.com)
Adam L. Shiff (ashiff@kasowitz.com)
Jeffrey R. Gleit (jgleit@kasowitz.com)
Michele L. Angell (mangell@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

11 CIV 7511

Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CAPMARK FINANCIAL GROUP INC.; SUMMIT
CREST VENTURES, LLC; CAPMARK CAPITAL
LLC (F/K/A CAPMARK CAPITAL INC.); CAPMARK
FINANCE LLC (F/K/A CAPMARK FINANCE INC.);
COMMERCIAL EQUITY INVESTMENTS LLC
(F/K/A COMMERCIAL EQUITY INVESTMENTS,
INC.); MORTGAGE INVESTMENTS, LLC; NET
LEASE ACQUISITION LLC; SJM CAP, LLC;
CAPMARK AFFORDABLE EQUITY HOLDINGS
LLC (F/K/A CAPMARK AFFORDABLE EQUITY
HOLDINGS INC.); CAPMARK REO HOLDING LLC;
AND CAPMARK INVESTMENTS LP,

                    Plaintiffs,

              vs.

GOLDMAN SACHS CREDIT PARTNERS
L.P., GOLDMAN SACHS CANADA
CREDIT PARTNERS CO., GOLDMAN
SACHS MORTGAGE COMPANY, AND
GOLDMAN SACHS LENDING
PARTNERS LLC,

                    Defendants.

---



Civil Action No. _____

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Capmark Financial Group Inc. ("CFGI") hereby certifies that as of October 24, 2011, CFGI has no parent corporations and to its knowledge no publicly-held companies own 10% or more of CFGI's common stock.

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Summit Crest Ventures, LLC, Capmark Capital LLC (f/k/a Capmark Capital Inc.), Capmark Finance LLC (f/k/a Capmark Finance Inc.), Commercial Equity Investments LLC (f/k/a Commercial Equity Investments, Inc.), Mortgage Investments, LLC, Net Lease Acquisition LLC, SJM Cap, LLC, Capmark Affordable Equity Holdings LLC (f/k/a Capmark Affordable Equity Holdings Inc.), Capmark REO Holding LLC, and Capmark Investments LP hereby certifies that as of October 24, 2011, each of the foregoing is directly or indirectly wholly owned by CFGI.  CFGI common stock may be traded over-the-counter but it is not listed on any securities exchange.

Dated: October 24, 2011
       New York, New York

By: _____

Michael C. Harwood (mharwood@kasowitz.com)
Adam L. Shiff (ashiff@kasowitz.com)
Jeffrey R. Gleit (jgleit@kasowitz.com)
Michele L. Angell (mangell@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

*Counsel for Capmark Financial Group Inc. et al.,
Plaintiffs*

2