# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 701 5800

MENLO PARK
WASHINGTON, D.C.
SÃO PAULO
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

BENJAMIN S. KAMINETZKY
212 450 4259
BEN.KAMINETZKY@DAVISPOLK.COM



November 14, 2011

Re: Capmark Financial Group Inc. et al v. Goldman Sachs Credit Partners L.P. et al, 11-CV-07511(RWS)

By Hand Delivery

The Honorable Robert W. Sweet
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Sweet:

    We represent Goldman Sachs Credit Partners L.P., Goldman Sachs Canada Credit Partners Co., Goldman Sachs Mortgage Company, and Goldman Sachs Lending Partners LLC (together "the Defendants") in connection with the above referenced matter. We are writing to ask Your Honor to approve the agreement reached among the parties related to: (i) Defendants' time to answer, move or otherwise respond to Plaintiffs' complaint; (ii) a briefing schedule for the forthcoming motion to transfer venue; and (iii) certain discovery matters.

    The parties have agreed to adjourn the Defendants' time to answer, move or otherwise respond to Plaintiffs' complaint to within 30 days of Your Honor's decision on Defendants' forthcoming motion to transfer venue.

    The parties have agreed that Defendants will move to transfer venue by November 30, 2011, Plaintiffs will file opposition papers by December 22, 2011, and Defendants will file a reply by January 13, 2012.

    The parties have further agreed to exchange Fed. R. Civ. P. 26(a) initial disclosures by February 1, 2012, and that discovery will be otherwise stayed during the pendency of the motion to transfer venue (except to the extent that non-party document discovery may become necessary in order to avoid the ordinary course destruction of materials).

Hon. Robert W. Sweet            2            November 14, 2011

      If the parties' agreement is acceptable to Your Honor, we respectfully request that Your Honor "so order" this letter and that Your Honor's chambers forward this letter to the Clerk's office for docketing.

                                     Respectfully yours,

                                       Benjamin S. Kaminetzky

SO ORDERED:

_____
U.S.D.J.

cc:     Jeffrey R. Gleit, Esq.
        Kasowitz, Benson, Torres & Friedman LLP