AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Capmark Financial Group, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   11-CV-07511 (RWS) |
| Goldman Sachs Credit Partners L.P., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Goldman Sachs Credit Partners L.P., Goldman Sachs Canada Credit Partners Co., Goldman Sachs Mortgage Company, and Goldman Sachs Lending Partners LLC

Date:   11/16/2011

*Andrew Schlichter /MM*
*Attorney's signature*

Andrew D. Schlichter, AS8522
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Address*

andrew.schlichter@davispolk.com
*E-mail address*

(212) 450-4875
*Telephone number*

(212) 701-5875
*FAX number*