AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Capmark Financial Group, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   11-CV-07511 (RWS) |
| Goldman Sachs Credit Partners L.P., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Goldman Sachs Credit Partners L.P.; Goldman Sachs Canada Credit Partners Co.; Goldman Sachs Mortgage Company; and Goldman Sachs Lending Partners LLC

Date:   11/21/2011

*Marshall S. Huebner /MSM*
*Attorney's signature*

Marshall S. Huebner, MH7800
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
*Address*

marshall.huebner@davispolk.com
*E-mail address*

(212) 450-4099
*Telephone number*

(212) 701-5099
*FAX number*