



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPMARK FINANCIAL GROUP INC. et al,

Plaintiffs,

vs.

GOLDMAN SACHS CREDIT PARTNERS L.P., et al,

Defendants.

Civ. No. 11-cv-07511 (RWS)

## STIPULATION AND ORDER CONCERNING SERVICE OF PROCESS

It is hereby stipulated and agreed by and between the undersigned counsel that Defendant Goldman Sachs Canada Credit Partners Co. ("Goldman Canada") agrees that Plaintiffs' delivery of a copy of the summons and complaint upon Goldman Canada's counsel Davis Polk & Wardwell LLP on October 25, 2011, constituted good and effective service of process sufficient pursuant to Federal Rule of Civil Procedure 4, and waives any and all service defenses without any further process or request for waiver necessary on Plaintiffs' part. Goldman Canada reserves any and all other rights and defenses. Goldman Canada's time to answer, move or otherwise respond to the complaint is governed by the agreement of the parties "so ordered" by the Court on November 15, 2011.

Dated: November 18, 2011
New York, New York

By: /s/ *(signature)*
Michael C. Harwood (mharwood@kasowitz.com)
Adam L. Shiff (ashiff@kasowitz.com)
Jeffrey R. Gleit (jgleit@kasowitz.com)
Michele L. Angell (mangell@kasowitz.com)

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700
*Counsel for Capmark Financial Group Inc. et al., Plaintiffs*

By: /s/ *(signature)*
Marshall S. Huebner (marshall.huebner@davispolk.com)
Benjamin S. Kaminetzky (ben.kaminetzky@davispolk.com)
Andrew D. Schlichter (Andrew.schlichter@davispolk.com)
Hilary A.E. Dengel (hilary.dengel@davispolk.com)

DAVIS, POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
*Counsel for Goldman Sachs Credit Partners L.P., Goldman Sachs Canada Credit Partners Co., Goldman Sachs Mortgage Company, and Goldman Sachs Lending Partners LLC, Defendants*

So Ordered this 21 day of November 2011.

*(signature)*
United States District Judge
Hon. Robert W. Sweet

2