Oct. 7, 2011 21:50 UTC

## CORRECTING and REPLACING Capmark Financial Group Inc. Emerges From Bankruptcy; Makes Initial Payments to the Holders of Allowed Unsecured Claims

CORRECTION...by Capmark Financial Group Inc.

HORSHAM, Pa.--(BUSINESS WIRE)-- Please replace the release dated Oct. 6, 2011 with the following corrected version.

The release included as Appendix A a summary of the initial distributions of cash, notes and common stock that are being made to allowed general unsecured creditors. In the release dated Oct. 6, 2011, the amounts of the initial distributions for the 2012 Bonds and the 2017 Bonds were transposed in Appendix A. A revised Appendix A reflecting the correct initial distributions is below. The actual initial distributions made to the holders of such bonds were made pursuant to the revised Appendix A.

The corrected release reads:

### CAPMARK FINANCIAL GROUP INC. EMERGES FROM BANKRUPTCY; MAKES INITIAL PAYMENTS TO THE HOLDERS OF ALLOWED UNSECURED CLAIMS

Capmark Financial Group Inc. (the "Company") announced that it and certain of its debtor subsidiaries emerged from bankruptcy on September 30, 2011 (the "Effective Date").

As announced by the Company, on the Effective Date the Company and certain of its debtor subsidiaries distributed to the plan disbursing agent for the benefit of holders of the allowed general unsecured claims and the reserve for disputed claims (i) $900 million of cash, (ii) $1.25 billion of newly secured notes consisting of $750 million principal amount of floating rate first lien A notes due 2014 ("A Notes") and $500 million of floating rate first lien extendible B notes due 2015, and (iii) approximately 100 million shares of Company common stock. The common stock may be traded over-the-counter but is not listed on any securities exchange. The Company will not participate in making a market or facilitating a market in its common stock. The initial distribution by the plan disbursing agent to allowed claimholders began on September 30, 2011.

A summary of the initial distributions of cash, notes and common stock that are being made to allowed general unsecured creditors is attached as Appendix A. The summary also includes grants of restricted stock made as of the Effective Date to certain of the Company's executives.

On the Effective Date, the Company deposited approximately $360 million with the trustee for the newly issued notes for the purpose of making a pro rata repayment of principal on the A Notes. This initial cash payment to the holders of the A Notes is expected to occur on or after October 7, 2011.

**About Capmark®:**

Capmark is a real estate finance company focused on the management of its commercial real estate-related assets and businesses with a view to maximizing their value. Capmark is headquartered in Horsham, Pennsylvania and operates principally in North America. Additional information about Capmark can be found on the Company's website at www.capmark.com

**Forward-Looking Statements**

Certain statements in this release may constitute forward-looking statements. These statements are based on management's current expectations and beliefs but are subject to a number of factors and uncertainties that could cause actual results to differ materially from those described in the forward-looking statements. Such forward-looking statements are made only as of the date of this release. Capmark expressly disclaims any obligation or undertaking to release publicly any updates or revisions to any forward-looking statements contained herein to reflect any change in Capmark's expectations with regard thereto or changes in events, conditions, or circumstances on which any such statement is based.

**Appendix A**

**Summary Capmark General Unsecured Financial Claims Initial Distribution**

|  | Estate Cash $ | Crystal Ball Settlement Cash $ | Total Cash $ | A Note $ | B Note $ | Equity # of Shares |
|---|---|---|---|---|---|---|
| **BANK CLAIMS** | | | | | | |
| Bridge Share | $ 29,020,236 | $ 2,895,100 | $ 31,915,336 | $ 24,183,529 | $ 16,122,356 | 3,168,009 |
| USD Unsecured Share (Term and Revolver) | 486,695,217 | 48,547,750 | 535,242,967 | 405,579,349 | 270,386,232 | 53,130,323 |
| JPY Revolver Guarantee | 21,403,483 | 2,320,191 | 23,723,674 | 17,836,239 | 11,890,826 | 2,336,523 |
| JPY Term Loan Guarantee | 22,138,411 | 2,399,859 | 24,538,270 | 18,448,674 | 12,299,117 | 2,416,751 |
| JPY Guarantee Reserve | 3,777,086 | - | 3,777,086 | 3,147,571 | 2,098,381 | 412,327 |
| **Total Bank Debt** | **$563,034,433** | **56,162,900** | **$619,197,333** | **$469,195,362** | **$312,796,912** | **61,463,933** |
| **BOND CLAIMS** | | | | | | |
| 2010 Bonds (Floating Rate Senior Notes) | $ 79,367,126 | $ 7,864,200 | $ 87,231,326 | $ 66,139,272 | $ 44,092,848 | 8,664,152 |
| 2012 Bonds (5.875% Senior Notes) | 153,775,732 | 14,804,450 | 168,580,182 | 128,146,443 | 85,430,962 | 16,787,005 |
| 2017 Bonds (6.3% Senior Notes) | 64,195,203 | 6,168,450 | 70,363,653 | 53,496,002 | 35,664,002 | 7,007,902 |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| **Total Bond Debt** | $297,338,061 | $ 28,837,100 | $326,175,161 | $247,781,717 | $165,187,812 | 32,459,059 |
| **TOTAL FINANCIALS CLAIMS** | $860,372,494 | $ 85,000,000 | $945,372,494 | $716,977,079 | $477,984,724 | 93,922,992 |
| **OTHER GUC CLAIMS** | | | | | $ - | |
| CAPMARK AFFORDABLE PROPERTIES LLC | $ 98,882 | $ - | $ 98,882 | $ 82,401 | $ 54,935 | 10,794 |
| CAPMARK AFFORDABLE EQUITY LLC | 18 | - | 18 | 15 | 10 | 2 |
| CAPMARK CAPITAL LLC | 28,820 | - | 28,820 | 24,016 | 16,011 | 3,146 |
| CAPMARK FINANCE LLC | 413,584 | - | 413,584 | 344,654 | 229,770 | 45,147 |
| CAPMARK FINANCIAL GROUP INC. | 88,390 | - | 88,390 | 73,657 | 49,105 | 9,648 |
| **Total Other GUC Claims** | $ 629,694 | $ - | $ 629,694 | $ 524,743 | $ 349,831 | 68,737 |
| **TOTAL GUC DISPUTED CLAIM RESERVE** | $ 38,997,812 | $ - | $ 38,997,812 | $ 32,498,178 | $ 21,665,445 | 5,466,595 |
| **MANAGEMENT RESTRICTED SHARES** | $ - | $ - | $ - | $ - | $ - | 541,676 |
| **TOTAL INITIAL DISTRIBUTION** | $900,000,000 | $ 85,000,000 | $985,000,000 | $750,000,000 | $500,000,000 | 100,000,000 |

**Contacts**

Capmark Financial Group Inc.
Thomas L. Fairfield, 215-328-1555

Source: Capmark Financial Group Inc.

View this news release online at:
http://www.businesswire.com/news/home/20111006006740/en

