# Exhibit J

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAPMARK FINANCIAL GROUP, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-13684 (CSS)<br>(Jointly Administered)<br><u>Objection Deadline:</u><br>October 31, 2011 at 4:00 p.m.<br><u>Hearing Date:</u> Only if an Objection is filed |

EIGHTEENTH MONTHLY FEE APPLICATION OF
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM JULY 1, 2011 THROUGH JULY 31, 2011

Name of Applicant:          Kasowitz, Benson, Torres & Friedman LLP

Authorized to Provide
Professional Services to:   Official Committee of Unsecured Creditors

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. ("CFGI") (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments' LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457),Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC(6824),Paramount Managing Member 3l, LLC (6826),Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, LP. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), Capmark Affordable Equity Inc. (2381), Capmark Investments LP (7999), and Protech Holdings C, LLC (7933). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044.

WHEREFORE, KBT&F respectfully requests that approval be made to it for the current Application Period in the sum of $86,157.00, the total compensation for professional services rendered, 80% of which is to be currently paid upon the filing of a certificate of no objection, and the sum of $2,190.44 for reimbursement of actual and necessary costs and expenses incurred by it in these cases from July 1, 2011 through July 31, 2011.

Dated: October 11, 2011
       New York, New York

By: _____
Adam L. Shiff
Jeffrey R. Gleit
Michele L. Angell
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York, 10019
(212) 506-1700
(212) 506-1800 (facsimile)

*Special Litigation Counsel for the Official Committee of Unsecured Creditors*

**EXHIBIT A**

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799


Federal I.D. # 13-3720397


JULY 31, 2011


09090006
Capmark Unsecured Creditors Committee
Secured Bank Investigation & Litigation


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|---|---|---|
| 07/01/11 | ADAM L. SHIFF<br>Emails w/ MLA, DNZ and JRG re disclosure statement hearing and Goldman preference (.8); review plan and disclosure statement re upcoming hearing (2.2); t/c M. Bienenstock re disclosure statement hearing (.4); review research re jurisdiction issues (1.4); commence disclosure statement hearing preparation (1.2); draft follow-up emails to DNZ and MLA re disclosure statement hearing preparation (.4); t/c w/ MLA re disclosure statement hearing (.2). | 6.60 |
| 07/01/11 | JEFFREY R. GLEIT<br>Review plan and disclosure statement re Goldman Sachs issues. | .30 |
| 07/01/11 | DANIEL N. ZINMAN<br>Emails w/ MLA, ALS and JRG re jurisdiction issue (.5); t/c to MLA re same (.1). | .60 |
| 07/01/11 | MICHELE L. ANGELL<br>Email correspondence w/ ALS, JRG and DNZ re July 5 hearing (.3); t/c w/ ALS re same and hearing prep (.2); research docket re relevant documents re reconsideration for July 5 hearing (.5); draft email to MB and ARL detailing hearing preparation materials needed (.4); t/cs w/ ARL re same (.2); email correspondence w/ ARL re same (.3); review and comment on index prepared by ARL for July 5 hearing preparation materials (.1); review statement filed by Committee in support of plan and exhibit letter (.1); review May 20 letter from Committee re preparation for July 5 hearing (.3); review | 3.80 |

```
Capmark Unsecured Creditors Committee          Jul 31, 2011       PAGE    2
FILE NUMBER: 09090006
INVOICE NO.: ******
```

|  |  |  |
|---|---|---|
|  | July 5 hearing materials prepared by ARL (1.4). |  |
| 07/01/11 | ROSS G. SHANK<br>Emails w/MLA re jurisdiction research. | .20 |
| 07/01/11 | ANITRA R. LAWRENCE<br>Prepare hearing binders re Amended Plan and Disclosure Statement per MLA (1.9); prepare hearing binders re Reconsideration Materials for July 5, 2011 Capmark Hearing per MLA (1.7); t/cs w/ MLA re same (.2); emails w/ MLA re same (.3). | 4.10 |
| 07/04/11 | ADAM L. SHIFF<br>Review jurisdiction, Goldman issues and other documents in preparation for disclosure statement hearing (1.8); emails w/ DNZ and KBT&F team re disclosure statement hearing (.4). | 2.20 |
| 07/04/11 | DANIEL N. ZINMAN<br>Review files re jurisdiction issue for 7/5 hearing (.4); emails w/ ALS and KBT&F team re same (.3); research new developments on jurisdiction issue for 7/5 hearing (1.7). | 2.40 |
| 07/05/11 | MICHELE L. ANGELL<br>Review emails from ALS, M. Huebner and M. Kessler re Goldman statement re jurisdiction at disclosure statement hearing. | .10 |
| 07/07/11 | ADAM L. SHIFF<br>Follow-up t/c w/M. Huebner re 7/6/11 hearing (.2); follow up t/c w/ M. Bienenstock re 7/6/11 hearing (.2); review materials re 7/6/11 hearing (.6). | 1.00 |
| 07/08/11 | ADAM L. SHIFF<br>Review disclosure statement submissions. | 1.00 |
| 07/13/11 | ADAM L. SHIFF<br>Analyze issues re Goldman insider preference claim REDACTED | 1.00 |
| 07/13/11 | MICHELE L. ANGELL<br>Emails w/ JRG re REDACTED and REDACTED re insider preference claims. | .10 |
| 07/14/11 | DANIEL N. ZINMAN<br>Emails w/ JRG, MLA re Goldman insider preference action. | .40 |

```
Capmark Unsecured Creditors Committee        Jul 31, 2011       PAGE    3
FILE NUMBER: 09090006
INVOICE NO.: ******
```

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 07/14/11 | MICHELE L. ANGELL<br>Research   REDACTED | .10 |
| 07/18/11 | ADAM L. SHIFF<br>Analyze issues re Goldman insider preference claims. | .90 |
| 07/18/11 | JEFFREY R. GLEIT<br>Meet with MLA re Goldman Sachs claims (.2); meet with DNZ re same (.2). | .40 |
| 07/18/11 | DANIEL N. ZINMAN<br>Conf. w/ JRG re preference action, research needed (.2); conf. w/ MLA re same (.3); emails w/ RGS and KBT&F team re research needed (.8); emails w/ MLA re pleadings, other materials (.3); review pleadings in case for purposes of background and facts for Goldman insider preference REDACTED (1.8). | 3.40 |
| 07/18/11 | MICHELE L. ANGELL<br>Conf. w/ JRG re REDACTED re Goldman insider preference claims (.2); conf. w/ DNZ re research for same (.3). | .50 |
| 07/19/11 | DANIEL N. ZINMAN<br>Review research from MLA re REDACTED (.3); draft email to MLA re same (.2). | .50 |
| 07/19/11 | MICHELE L. ANGELL<br>Research REDACTED for Goldman insider preference claim REDACTED (.7); draft email to DNZ summarizing research re same (.5); review ASK's REDACTED for trial to prepare Goldman insider preference claim REDACTED (.1). | 1.30 |
| 07/19/11 | ROSS G. SHANK<br>Research Third Circuit law re REDACTED (1.8); draft summary of same (.5); draft correspondence to DNZ re same (.1). | 2.40 |
| 07/20/11 | ADAM L. SHIFF<br>Review issues re Goldman insider preference REDACTED | .20 |

```
Capmark Unsecured Creditors Committee        Jul 31, 2011      PAGE    4
FILE NUMBER: 09090006
INVOICE NO.: ******
```

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 07/20/11 | DANIEL N. ZINMAN<br>Review pleadings on preference action, related topics (2.8); emails w/ MLA and KBT&F team re research issues for Goldman insider preference REDACTED (.7); conf. w/ MLA re same (.1); conf. w/ JS re same (.5); email w/ JRG re same (.1). | 4.20 |
| 07/20/11 | JESSICA SUTLIFF<br>Meet with DNZ re Goldman insider preference research (.5); conduct legal and factual research regarding insider preference actions (2.8). | 3.30 |
| 07/20/11 | MICHELE L. ANGELL<br>Prepare REDACTED re REDACTED for DNZ for Goldman insider preference claim REDACTED (.1); conf. w/ DNZ re Goldman insider preference claim REDACTED (.1); email DNZ and JS re same (.1). | .30 |
| 07/20/11 | ROSS G. SHANK<br>Research REDACTED (2.5); draft memorandum re same (1.3); begin research re REDACTED (.8); draft memorandum re same (.6). | 5.20 |
| 07/21/11 | ADAM L. SHIFF<br>Analyze issues re claim analysis. | 2.00 |
| 07/21/11 | DANIEL N. ZINMAN<br>Emails w/ JS, MLA and KBT&F team re research issues for Goldman insider preference REDACTED | .40 |
| 07/21/11 | JESSICA SUTLIFF<br>Conduct legal and factual research REDACTED (3.8); draft inserts for REDACTED re same (2.4). | 6.20 |
| 07/21/11 | MICHELE L. ANGELL<br>Research REDACTED for Goldman insider preference claim REDACTED per DNZ (2.2); draft email to DNZ summarizing this research (.4); draft REDACTED re REDACTED (3.3). | 5.90 |

```
Capmark Unsecured Creditors Committee          Jul 31, 2011      PAGE    5
FILE NUMBER: 09090006
INVOICE NO.: ******


07/21/11   ROSS G. SHANK                                                    6.40
           Review and summarize    REDACTED
                                                       (3.8);
           continue drafting memo re same (2.6).

07/22/11   DANIEL N. ZINMAN                                                  .60
           Conf. w/ RGS re research item for Goldman
           insider preference    REDACTED    (.3); emails w/
           MLA, RGS, JS re same (.3).

07/22/11   JESSICA SUTLIFF                                                  1.30
           Conduct legal and factual research regarding
           insider preference actions (.8); draft
              REDACTED         re same (.5).

07/22/11   ROSS G. SHANK                                                    4.10
           Finalize research and memo re    REDACTED

                  (3.8); conf. w/ DNZ re same (.3).

07/25/11   DANIEL N. ZINMAN                                                  .30
           Emails w/ MLA re research issues for preference
           analysis and    REDACTED    insert for
           Goldman insider preference   REDACTED    (.2);
           conf. w/ RGS re same (.1).

07/25/11   JESSICA SUTLIFF                                                  2.80
           Conduct legal research regarding insider
           preference actions for    REDACTED    re same.

07/25/11   MICHELE L. ANGELL                                                3.20
           Research whether      REDACTED
                  for   REDACTED   re Goldman insider
           preference claims (.5); research
                   REDACTED            for   REDACTED    re
           Goldman insider preference claims (2.7).

07/25/11   ROSS G. SHANK                                                    4.50
           Revise   REDACTED   insert for Goldman insider
           preference   REDACTED    (1.6); begin research re
                  REDACTED            for same (1.4);
           conf. w/DNZ re same (.1); review REDACTED insert in
           Goldman insider preference   REDACTED    (1.4).

07/26/11   DANIEL N. ZINMAN                                                  .90
           Review research from JS re     REDACTED
           (.5); emails w/ JS, MLA re same (.2); emails w/
           MLA, JS, RGS re status of research issues for
           Goldman insider preference   REDACTED    (.2).
```

```
Capmark Unsecured Creditors Committee          Jul 31, 2011      PAGE    6
FILE NUMBER: 09090006
INVOICE NO.: ******
```

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 07/26/11 | JESSICA SUTLIFF<br>Conduct legal research regarding insider preference actions (5.4); draft inserts for REDACTED re same (3.1). | 8.50 |
| 07/26/11 | ROSS G. SHANK<br>Review REDACTED inserts in Goldman insider preference REDACTED (1.7); correspond w/DNZ, MLA and JS re same (.2). | 1.90 |
| 07/27/11 | JEFFREY R. GLEIT<br>Conference with DNZ re Goldman Sachs REDACTED and analysis. | .20 |
| 07/27/11 | DANIEL N. ZINMAN<br>Emails w/ MLA, RGS, JS re research issues for Goldman insider preference REDACTED (.5); conf. w/ JRG re Goldman insider preference REDACTED and analysis (.2); attend meeting with MLA, RGS, JS re Goldman insider preference research REDACTED (.8). | 1.50 |
| 07/27/11 | JESSICA SUTLIFF<br>Meet with DNZ, MLA and RGS re research for insider preference REDACTED (.8); conduct legal and factual research regarding insider preference actions for same (3.5); draft inserts re same (3.2). | 7.50 |
| 07/27/11 | MICHELE L. ANGELL<br>Meet w/ DNZ, RGS and JS re REDACTED re Goldman insider preference claims. | .80 |
| 07/27/11 | ROSS G. SHANK<br>Review correspondence from DNZ and KBT&F team re Goldman insider preference REDACTED (.3); conf. w/ DNZ, MLA and JS re same (.8); research REDACTED for same (.8); draft insert re same (1.0); research REDACTED for same (1.8); draft insert re same (.8); review correspondence from JS and MLA re insider research (.6). | 6.10 |
| 07/28/11 | JEFFREY R. GLEIT<br>Conference with DNZ re status of Goldman Sachs research. | .20 |
| 07/28/11 | DANIEL N. ZINMAN<br>Draft REDACTED preference action against Goldman (5.1); emails w/ MLA, RGS, JS, JRG re same (.5); conf. w/ JS re same (.4); conf. w/ | 6.20 |

```
Capmark Unsecured Creditors Committee           Jul 31, 2011       PAGE    7
FILE NUMBER: 09090006
INVOICE NO.: ******

          JRG re same (.2).

07/28/11  JESSICA SUTLIFF                                              3.30
          Meet with DNZ re Goldman insider preference
     REDACTED        (.4); conduct legal and factual
          research regarding insider preference actions
          re same (1.7); draft inserts for same (1.2).

07/28/11  ROSS G. SHANK                                                4.70
          Revise insider preference claim    REDACTED
          (.4); draft footnote re   REDACTED
                         for same (.8); correspond w/DNZ
          re         REDACTED            (.2); research
     REDACTED     (.7); draft additional analysis re same
          (.6); draft insert for insider preference
     REDACTED      re      REDACTED        case
          (1.6); review correspondence from JS re
     REDACTED       (.2); review correspondence from DNZ
          and MLA re  REDACTED     (.2).

07/29/11  JESSICA SUTLIFF                                               .60
          Review draft of insider preference  REDACTED  .

07/29/11  ROSS G. SHANK                                                1.70
          Revise insider preference  REDACTED   re REDACTED
              cases.


                    TOTAL HOURS                                      128.30
```

```
Capmark Unsecured Creditors Committee          Jul 31, 2011      PAGE   8
FILE NUMBER: 09090006
INVOICE NO.: ******
```

|  | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| **PARTNER** | | | |
| JEFFREY R. GLEIT | 1.10 | 640.00 | 704.00 |
| ADAM L. SHIFF | 14.90 | 825.00 | 12,292.50 |
| **SPECIAL COUNSEL** | | | |
| DANIEL N. ZINMAN | 21.40 | 725.00 | 15,515.00 |
| **ASSOCIATE** | | | |
| MICHELE L. ANGELL | 16.10 | 400.00 | 6,440.00 |
| ROSS G. SHANK | 37.20 | 350.00 | 13,020.00 |
| JESSICA SUTLIFF | 33.50 | 375.00 | 12,562.50 |
| **PARALEGAL** | | | |
| ANITRA R. LAWRENCE | 4.10 | 180.00 | 738.00 |

|  |  |
|---|---:|
| TOTAL FEES | $61,272.00 |
| TOTAL COSTS | $.00 |
| TOTAL FEES AND COSTS | $61,272.00 |