# Exhibit K

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| CAPMARK FINANCIAL GROUP, INC., *et al.*, <br><br> Debtors.[1] | Case No. 09-13684 (CSS) <br> (Jointly Administered) <br> <u>Objection Deadline:</u> <br> November 21, 2011 at 4:00 p.m. <br> <u>Hearing Date:</u> Only if an Objection is filed |

**NINETEENTH MONTHLY FEE APPLICATION OF
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM AUGUST 1, 2011 THROUGH AUGUST 31, 2011</u>**

Name of Applicant:                    <u>Kasowitz, Benson, Torres & Friedman LLP</u>

Authorized to Provide
Professional Services to:            <u>Official Committee of Unsecured Creditors</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. ("CFGI") (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments' LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457), Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC(6824), Paramount Managing Member 3l, LLC (6826), Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, LP. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), Capmark Affordable Equity Inc. (2381), Capmark Investments LP (7999), and Protech Holdings C, LLC (7933). CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044.

WHEREFORE, KBT&F respectfully requests that approval be made to it for the current Application Period in the sum of $47,458.50, the total compensation for professional services rendered, 80% of which is to be currently paid upon the filing of a certificate of no objection, and the sum of $343.43 for reimbursement of actual and necessary costs and expenses incurred by it in these cases from August 1, 2011 through August 31, 2011.

Dated: November 1, 2011
      New York, New York

By: _____
Adam L. Shiff
Jeffrey R. Gleit
Michele L. Angell
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York, 10019
(212) 506-1700
(212) 506-1800 (facsimile)

*Special Litigation Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT A

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799

Federal I.D. # 13-3720397

AUGUST 31, 2011

09090006
Capmark Unsecured Creditors Committee
Secured Bank Investigation & Litigation

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|---|---|---|
| 08/01/11 | ADAM L. SHIFF<br>Conf. w/ JRG re potential litigation against Goldman Sachs. | .20 |
| 08/01/11 | JEFFREY R. GLEIT<br>Conference with ALS re Goldman Sachs memo and potential litigation against Goldman Sachs. | .20 |
| 08/01/11 | MICHELE L. ANGELL<br>Research REDACTED for Goldman insider preference claim memorandum (.5); research REDACTED for Goldman insider preference claim memorandum (.4); research REDACTED cases for Goldman insider preference claim memorandum (1.2); draft Goldman insider preference claim memorandum re sections re REDACTED and (5.5). | 7.60 |
| 08/01/11 | ROSS G. SHANK<br>Review DNZ draft of Goldman Sachs memo on REDACTED and REDACTED (.8); continue research re same (1.5); revise memo re same (1.6). | 3.90 |
| 08/02/11 | ADAM L. SHIFF<br>Review Goldman insider preference memo. | 1.00 |
| 08/02/11 | JESSICA SUTLIFF<br>Review draft of memo regarding insider preference claims (1.1); t/c w/ MLA re same (.1); email w/ MLA re same (.1); review Board Minutes of Debtor (1.2); draft summary re same for memo (.7). | 3.20 |

```
Capmark Unsecured Creditors Committee        Aug 31, 2011      PAGE    2
FILE NUMBER: 09090006
INVOICE NO.: ******
```

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 08/02/11 | MICHELE L. ANGELL<br>Draft sections of memorandum re Goldman insider preference claims re REDACTED and REDACTED (1.8); revise section of memorandum re Goldman insider preference claims re REDACTED (.7); t/c w/ JS re memorandum re Goldman insider preference claims (.1); email correspondence w/ JS re same (.1); review Capmark board minutes re Bradley Gross and Goldman involvement (.8); draft section of memorandum re Goldman insider preference claim re same (.7). | 4.20 |
| 08/02/11 | ROSS G. SHANK<br>Review draft of Goldman insider preference memo from MLA (1.8); research REDACTED and REDACTED issues for same (3.4); revise memo re this research (1.6); correspond w/ MLA and DNZ re same (.2); review correspondence from JS re board minutes (.2); review revised memo (1.2). | 8.40 |
| 08/03/11 | ADAM L. SHIFF<br>Analyze Goldman insider preference claim memorandum. | 1.80 |
| 08/03/11 | JESSICA SUTLIFF<br>Review draft memo regarding insider preference claims. | .50 |
| 08/09/11 | DANIEL N. ZINMAN<br>Emails w/ JS re board minutes re Goldman insider preference claim memo. | .30 |
| 08/21/11 | DANIEL N. ZINMAN<br>Emails w/ JRG re Goldman insider preference memo. | .20 |
| 08/22/11 | DANIEL N. ZINMAN<br>Review selected board minutes for Goldman insider preference memo (1.2); review memo re same (.4); review and comment on memorandum on preference action (1.8); draft email to MLA, RGS, JS, JRG re comments on same (.6); emails re same w/ MLA and KBT&F team (.2). | 4.20 |
| 08/22/11 | ROSS G. SHANK<br>Review correspondence from DNZ re Goldman insider preference memo (.2); analyze issues re same (.2). | .40 |

```
Capmark Unsecured Creditors Committee          Aug 31, 2011       PAGE    3
FILE NUMBER: 09090006
INVOICE NO.:  ******
```

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 08/23/11 | ADAM L. SHIFF<br>Review and analyze Goldman insider preference claims memorandum (1.9); conf. w/ DNZ re same (.3); emails w/ DNZ re same (.2). | 2.40 |
| 08/23/11 | DANIEL N. ZINMAN<br>Attend meeting with JS, RGS re open issues with Goldman memo (1.0); emails w/ JS, MLA, RGS re same (.2); conf. w/ ALS re same (.3); emails w/ ALS re same (.2). | 1.70 |
| 08/23/11 | JESSICA SUTLIFF<br>Meet w/ DNZ and RGS re additional research required for memo on insider preference claims (1.0); review draft of memo (.5). | 1.50 |
| 08/23/11 | ROSS G. SHANK<br>Prepare for (.2) and conf. w/DNZ and JS re litigation summary memo (1.0). | 1.20 |
| 08/24/11 | ADAM L. SHIFF<br>Review confirmation order (.6); emails w/ MLA and DNZ re claims memorandum (.4); review same (1.2). | 2.20 |
| 08/24/11 | DANIEL N. ZINMAN<br>Revise Goldman Memo (2.3); emails w/ MLA, JS, RGS re issues/questions with particular facts and issues on same (.4). | 2.70 |
| 08/24/11 | MICHELE L. ANGELL<br>Emails w/ DNZ re Goldman insider preference claim memorandum. | .10 |
| 08/25/11 | ADAM L. SHIFF<br>Review Goldman insider preference claim memorandum (1.1); analyze defenses (.7). | 1.80 |
| 08/25/11 | DANIEL N. ZINMAN<br>Revise Goldman Memo (2.2); emails w/ RGS re same (.2); conf. w/ MLA re same (.2). | 2.60 |
| 08/25/11 | MICHELE L. ANGELL<br>Conf. w/ DNZ re memorandum re Goldman insider preference claims. | .20 |
| 08/25/11 | ROSS G. SHANK<br>Review and comment on REDACTED section of Goldman insider preference claim memo. | 2.40 |

```
Capmark Unsecured Creditors Committee            Aug 31, 2011      PAGE    4
FILE NUMBER: 09090006
INVOICE NO.: ******


08/26/11    JEFFREY R. GLEIT                                             1.20
            Review Goldman Sachs post effective date
            litigation memo.

08/26/11    DANIEL N. ZINMAN                                              .30
            Emails w/ JRG re Goldman issue.

08/26/11    JESSICA SUTLIFF                                              1.50
            Conduct factual research in client documents
            regarding insider preference claims.

08/29/11    JESSICA SUTLIFF                                              2.30
            Conduct factual research in client documents
            regarding insider preference claims.

08/30/11    DANIEL N. ZINMAN                                              .10
            Emails w/ JS re status of research assignments
            re Goldman insider preference claim memo.

08/30/11    JESSICA SUTLIFF                                              3.50
            Conduct factual research in client documents
            regarding insider preference claims (2.3);
            draft chart comparing agreements (1.2).


            TOTAL HOURS                                                 63.80
```

```
Capmark Unsecured Creditors Committee              Aug 31, 2011      PAGE    5
FILE NUMBER: 09090006
INVOICE NO.: ******
```

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| JEFFREY R. GLEIT | 1.40 | 640.00 | 896.00 |
| ADAM L. SHIFF | 9.40 | 825.00 | 7,755.00 |
| **SPECIAL COUNSEL** | | | |
| DANIEL N. ZINMAN | 12.10 | 725.00 | 8,772.50 |
| **ASSOCIATE** | | | |
| MICHELE L. ANGELL | 12.10 | 400.00 | 4,840.00 |
| ROSS G. SHANK | 16.30 | 350.00 | 5,705.00 |
| JESSICA SUTLIFF | 12.50 | 375.00 | 4,687.50 |
| **TOTAL FEES** | | | **$32,656.00** |
| **TOTAL COSTS** | | | **$.00** |
| **TOTAL FEES AND COSTS** | | | **$32,656.00** |