# Exhibit L

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CAPMARK FINANCIAL GROUP, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 09-13684 (CSS)<br>(Jointly Administered)<br><u>**Objection Deadline:**</u><br>**November 28, 2011 at 4:00 p.m.**<br><u>**Hearing Date:**</u> Only if an Objection is filed |

## TWENTIETH MONTHLY FEE APPLICATION OF
## KASOWITZ, BENSON, TORRES & FRIEDMAN LLP FOR
## COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS FOR THE
## <u>PERIOD FROM SEPTEMBER 1, 2011 THROUGH SEPTEMBER 30, 2011</u>

Name of Applicant:           <u>Kasowitz, Benson, Torres & Friedman LLP</u>

Authorized to Provide
Professional Services to:    <u>Official Committee of Unsecured Creditors</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Summit Crest Ventures, LLC (5690), Capmark Financial Group Inc. ("CFGI") (2188), Capmark Capital Inc. (6496), Capmark Finance Inc. (3444), Commercial Equity Investments, Inc. (4153), Mortgage Investments' LLC (6319), Net Lease Acquisition LLC (9658), SJM Cap, LLC (0862), Capmark Affordable Equity Holdings Inc. (2379), Capmark REO Holding LLC (3951), Paramount Managing Member AMBAC II, LLC (3934), Paramount Managing Member AMBAC III, LLC (3999), Paramount Managing Member AMBAC IV, LLC (0117), Paramount Managing Member AMBAC V, LLC (3366), Paramount Managing Member LLC (0184), Paramount Managing Member II, LLC (7457), Paramount Managing Member III, LLC (0196), Paramount Managing Member IV, LLC (0199), Paramount Managing Member V, LLC (0201), Paramount Managing Member VI, LLC (5857), Paramount Managing Member VII, LLC (5855), Paramount Managing Member VIII, LLC (5854), Paramount Managing Member IX, LLC (5452), Paramount Managing Member XI, LLC (5455), Paramount Managing Member XII, LLC (5457),Paramount Managing Member XVIII, LLC (3087), Paramount Managing Member XIV, LLC (4194), Paramount Managing Member XV, LLC (4192), Paramount Managing Member XVI, LLC (4186), Paramount Northeastern Managing Member, LLC (3086), Capmark Affordable Properties Inc. (3435), Paramount Managing Member XXIII, LLC (4754), Paramount Managing Member XXIV, LLC (3615), Paramount Managing Member 30, LLC(6824),Paramount Managing Member 3l, LLC (6826),Paramount Managing Member 33, LLC (6831), Broadway Street California, L.P. (7722), Broadway Street 2001, L.P. (0187), Broadway Street XV, L.P. (7730), Broadway Street XVI, LP. (7725), Broadway Street XVIII, L.P. (9799), Broadway Street Georgia I, LLC (9740), Capmark Managing Member 4.5 LLC (8979), Capmark Affordable Equity Inc. (2381), Capmark Investments LP (7999), and Protech Holdings C, LLC (7933).  CFGI's corporate headquarters is located at 116 Welsh Road, Horsham, Pennsylvania, 19044.

**CERTIFICATION AND NOTICE**

20. The undersigned has reviewed the requirements of Local Rule 2016-2, and certifies that this Application and the Exhibits attached hereto comply therewith and a copy of this Application has been sent to the notice parties set forth in the Compensation Order.

WHEREFORE, KBT&F respectfully requests that approval be made to it for the current Application Period in the sum of $44,873.50, the total compensation for professional services rendered, 80% of which is to be currently paid upon the filing of a certificate of no objection, and the sum of $16.81 for reimbursement of actual and necessary costs and expenses incurred by it in these cases from September 1, 2011 through September 30, 2011.

Dated: November 8, 2011
      New York, New York

                                  By: /s/ Jeffrey R. Gleit
                                      Adam L. Shiff
                                      Jeffrey R. Gleit
                                      Michele L. Angell
                                      KASOWITZ, BENSON, TORRES
                                      & FRIEDMAN LLP
                                      1633 Broadway
                                      New York, New York, 10019
                                      (212) 506-1700
                                      (212) 506-1800 (facsimile)

                                      *Special Litigation Counsel for the Official*
                                      *Committee of Unsecured Creditors*

# EXHIBIT A

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799

Federal I.D. # 13-3720397

SEPTEMBER 30, 2011

09090006
Capmark Unsecured Creditors Committee
Secured Bank Investigation & Litigation

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|---|---|---|
| 09/01/11 | JESSICA SUTLIFF<br>Conduct factual research in client documents regarding insider preference claims. | .80 |
| 09/02/11 | JESSICA SUTLIFF<br>Conduct factual research in client documents regarding insider preference claims. | 3.20 |
| 09/04/11 | JESSICA SUTLIFF<br>Conduct factual research in client documents regarding insider preference claims (2.8); draft summary of same (2.3). | 5.10 |
| 09/06/11 | ADAM L. SHIFF<br>Review memorandum re Goldman insider preference claims. | .80 |
| 09/07/11 | ADAM L. SHIFF<br>Conf w/ JRG, DNZ, MLA, and JS re Goldman insider preference memo and complaint (.5); review Goldman insider preference memo (1.6); t/c w/ JRG and J. Sinna re same (.2). | 2.30 |
| 09/07/11 | JEFFREY R. GLEIT<br>Meet with ALS, DNZ, MLA and JS re Goldman Sachs insider preference memo and potential complaint (.5); t/c with ALS and J. Sinna re same (.2). | .70 |
| 09/07/11 | DANIEL N. ZINMAN<br>Review REDACTED case and consider REDACTED implications re same for Goldman insider preference memo (.8); emails w/ MLA, JS re same (.3); review inserts to Goldman insider preference memo from JS (.4); emails w/ JS re same, related topics (.3); revise Goldman | 5.00 |

Capmark Unsecured Creditors Committee                Sep 30, 2011       PAGE   2
FILE NUMBER: 09090006
INVOICE NO.: ******

        insider preference memo (2.2); emails w/ JS,
        MLA re same (.2); attend meeting w/ ALS, JRG,
        MLA and JS re Complaint, related topics (.5);
        meet w/ MLA and JS re same (.3).
                                                                                  2.10

09/07/11  JESSICA SUTLIFF
        Meet w/ ALS, JRG, DNZ and MLA re Goldman
        insider preference claim memo and complaint
        (.5); conf. w/ DNZ and MLA re same (.3);
        conduct factual research in client documents
        regarding insider preference claims (1.2);
        emails w/ MLA re board minutes re Goldman
        insider preference claim memo (.1).
                                                                                   1.20

09/07/11  MICHELE L. ANGELL
        Conf. w/ ALS, JRG, DNZ and JS re Goldman
        insider preference claim memorandum and
        complaint (.5); conf. w/ DNZ and JS re same
        (.3); review and comment on DNZ's insert for
        Goldman insider preference claim memorandum re
        board of director minutes (.2); review DNZ's
        email re distinguishing  REDACTED  case (.1);
        emails w/ JS re emails and board minutes
                  REDACTED           and Goldman
        involvement (.1).
                                                                                 3.60

09/08/11  ADAM L. SHIFF
        Review Goldman insider preference claim memo
        and claim analysis.
                                                                                  .30

09/08/11  MICHELE L. ANGELL
        Research protective order with the Debtors re
        usage of documents produced for trial as
        exhibits to Goldman complaint, per DNZ.
                                                                                7.20

09/09/11  MICHELE L. ANGELL
        Review protective order with Debtors re use of
        documents produced for trial in Goldman
        complaint (.4); email DNZ re same (.2); review
        memorandum re Goldman insider preference claims
        for purposes of drafting complaint (3.7); draft
        complaint re Goldman insider preference claims
        (2.9).
                                                                                .20

09/09/11  MICHAEL BIRNBAUM
        Review docket re complaint.
                                                                                 1.20

09/12/11  JESSICA SUTLIFF
        Conduct factual research in client documents
        for Goldman insider preference complaint.

Capmark Unsecured Creditors Committee          Sep 30, 2011       PAGE    3
FILE NUMBER: 09090006
INVOICE NO.: ******

|            |                                                                                                                                                                                                                |       |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 09/12/11   | MICHELE L. ANGELL<br>Draft Goldman insider preference complaint (4.8); review REDACTED re Goldman insider preference complaint (.4); email DNZ and JS re same (.1). | 5.30  |
| 09/12/11   | MICHAEL BIRNBAUM<br>Review docket re complaint and circulate pleadings to MLA.                                                                          | .10   |
| 09/13/11   | JESSICA SUTLIFF<br>Conduct factual research in client documents for Goldman insider preference complaint.                                               | .60   |
| 09/15/11   | ADAM L. SHIFF<br>Review memo and analysis re Goldman insider preference claim.                                                                          | 2.00  |
| 09/15/11   | DANIEL N. ZINMAN<br>Emails w/ JS, RGS re status, Goldman insider preference claim memo, related topics (.2); review recent order/decision from other jurisdiction re insider issue (.4); emails w/ JS, MLA, others re same (.2). | .80   |
| 09/15/11   | JESSICA SUTLIFF<br>Review legal research regarding insiders re Goldman insider preference complaint.                                                    | .30   |
| 09/16/11   | DANIEL N. ZINMAN<br>Prepare for (.1) and attend o/c w/ MLA and JS re draft Complaint, related topics (.4).                                              | .50   |
| 09/16/11   | JESSICA SUTLIFF<br>Meet w/ DNZ and MLA re Goldman insider preference complaint (.4); conduct legal research regarding insider preference claims (1.8).  | 2.20  |
| 09/16/11   | MICHELE L. ANGELL<br>Conf. w/ DNZ and JS re Goldman insider preference complaint (.4); email ALS re same (.2).                                          | .60   |
| 09/21/11   | ADAM L. SHIFF<br>Review Goldman insider preference claim memo in response to request from new board.                                                    | 2.40  |
| 09/21/11   | JESSICA SUTLIFF<br>Conduct legal research regarding insiders re Goldman insider preference complaint.                                                   | .50   |

...

Capmark Unsecured Creditors Committee                Sep 30, 2011        PAGE    4
FILE NUMBER: 09090006
INVOICE NO.: ******

|            |                                                                                                                                                                                                                                                      |       |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 09/22/11   | MICHAEL C. HARWOOD<br>Conf. w/ ALS re Goldman insider preference claims (.5); begin reviewing pleadings and Goldman insider preference memo for background to coordinate insider preference litigation (.5).                                          | 1.00  |
| 09/22/11   | ADAM L. SHIFF<br>Conf. w/ MCH on case background (.5); emails w/ MLA and MCH re same (.2); review Goldman insider preference claim memo re same (.7); t/c w/ MLA re Goldman insider preference litigation documents (.1).                            | 1.50  |
| 09/22/11   | JESSICA SUTLIFF<br>Conduct legal research regarding insiders re Goldman insider preference complaint.                                                                                                                                                 | 3.80  |
| 09/22/11   | MICHELE L. ANGELL<br>T/c w/ ALS re Goldman insider preference litigation documents (.1); email ALS and MCH re same (.2).                                                                                                                              | .30   |
| 09/22/11   | MICHAEL BIRNBAUM<br>Review docket re standing motion and related pleadings (.9); circulate pleadings to MLA for MCH (.2).                                                                                                                             | 1.10  |
| 09/23/11   | MICHAEL C. HARWOOD<br>Continue review of pleadings re Goldman insider preference claims for background to coordinate insider preference litigation.                                                                                                   | 1.50  |
| 09/23/11   | ADAM L. SHIFF<br>Analyze issues re next steps w/ Goldman insider preference litigation.                                                                                                                                                               | .30   |
| 09/23/11   | JEFFREY R. GLEIT<br>T/c with J. Brody re Capmark board meeting and Goldman Sachs claims.                                                                                                                                                              | .40   |
| 09/26/11   | MICHAEL C. HARWOOD<br>Continue review of pleadings re Goldman insider preference claims for background to coordinate insider preference litigation.                                                                                                   | 1.50  |
| 09/26/11   | MICHELE L. ANGELL                      REDACTED<br>Review JS's research re insider and laws re Goldman insider preference complaint.                                                                                                                  | .10   |

```
Capmark Unsecured Creditors Committee          Sep 30, 2011       PAGE    5
FILE NUMBER: 09090006
INVOICE NO.: ******
```

|  |  | Hours |
|---|---|---|
| 09/27/11 | MICHAEL C. HARWOOD<br>Review and revise memo to clients re potential insider preference claims. | 2.00 |
| 09/27/11 | ADAM L. SHIFF<br>Review and comment on Goldman insider preference claim summary memo for board of directors. | 1.80 |
| 09/27/11 | JEFFREY R. GLEIT<br>Revise board of directors insert re Goldman insider preference claims (1.0); t/c with J. Brody re same (.2). | 1.20 |
| 09/27/11 | MICHELE L. ANGELL<br>Draft memorandum for Capmark board of directors re Goldman insider preference claims. | 3.70 |
| 09/28/11 | MICHAEL C. HARWOOD<br>Revise full memo re substance and strategy for pursuing insider preference claims. | 1.50 |
| 09/28/11 | JEFFREY R. GLEIT<br>Draft Goldman Sachs complaint (.8); revise Goldman Sachs memo (1.7). | 2.50 |
| 09/28/11 | MICHELE L. ANGELL<br>Emails w/ JRG re Goldman insider preference complaint. | .30 |

```
                    TOTAL HOURS                                      73.50
```

Capmark Unsecured Creditors Committee          Sep 30, 2011      PAGE   6
FILE NUMBER: 09090006
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| JEFFREY R. GLEIT | 4.80 | 640.00 | 3,072.00 |
| MICHAEL C. HARWOOD | 7.50 | 850.00 | 6,375.00 |
| ADAM L. SHIFF | 14.70 | 825.00 | 12,127.50 |
| **SPECIAL COUNSEL** | | | |
| DANIEL N. ZINMAN | 6.30 | 725.00 | 4,567.50 |
| **ASSOCIATE** | | | |
| MICHELE L. ANGELL | 19.00 | 400.00 | 7,600.00 |
| JESSICA SUTLIFF | 19.80 | 375.00 | 7,425.00 |
| **PARALEGAL** | | | |
| MICHAEL BIRNBAUM | 1.40 | 180.00 | 252.00 |

TOTAL FEES                                          $41,419.00

TOTAL COSTS                                              $.00

TOTAL FEES AND COSTS                                $41,419.00