UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

CAPMARK FINANCIAL GROUP INC., ET. AL,

        Plaintiffs,

- against -

GOLDMAN SACHS CREDIT PARTNERS, ET. AL,

        Defendants.

------------------------------------------X

11 Civ. 7511 (RWS)

O R D E R

Sweet, D.J.

    The Defendants' motion to transfer the action to the District of Delaware will be heard for oral argument at noon on Wednesday, January 25, 2011 in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

New York, NY
December 2, 2011

                              ROBERT W. SWEET
                                  U.S.D.J.