UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                              :

CAPMARK FINANCIAL GROUP INC.;           :
SUMMIT CREST VENTURES, LLC; CAPMARK :
CAPITAL LLC (f/k/a CAPMARK CAPITAL    :
INC.); CAPMARK FINANCE LLC (f/k/a       :
CAPMARK FINANCE INC.); COMMERCIAL     :
EQUITY INVESTMENTS LLC (f/k/a            :
COMMERCIAL EQUITY INVESTMENTS,       :
INC.); MORTGAGE INVESTMENTS, LLC; NET :
LEASE ACQUISITION LLC; SJM CAP, LLC;   :
CAPMARK AFFORDABLE EQUITY              :
HOLDINGS LLC (f/k/a CAPMARK             :
AFFORDABLE EQUITY HOLDINGS INC.);   : Case No. 11-CIV-7511 (RWS)
CAPMARK REO HOLDING LLC; and           :
CAPMARK INVESTMENTS LP,                : **RULE 7.1 STATEMENT**
                                              :
          Plaintiffs,                      :
                                              :
          v.                                  :
                                              :
GOLDMAN SACHS CREDIT PARTNERS L.P.; :
GOLDMAN SACHS CANADA CREDIT          :
PARTNERS CO.; GOLDMAN SACHS            :
MORTGAGE COMPANY; and GOLDMAN      :
SACHS LENDING PARTNERS LLC,          :
                                              :
          Defendants.                   :
------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Goldman Sachs Credit Partners L.P., Goldman Sachs Canada Credit Partners Co., Goldman Sachs Mortgage Company, and Goldman Sachs Lending Partners LLC hereby state as follows:

1. Defendant Goldman Sachs Credit Partners L.P. is a wholly owned indirect subsidiary of The Goldman Sachs Group, Inc., a publicly traded company. GSCP (Del) Inc. is the general partner of Goldman Sachs Credit Partners L.P. The limited partners of Goldman Sachs Credit Partners L.P. are GSCP (Del) Inc. and GSCP (Del) LLC. GSCP (Del) Inc. is the sole member of GSCP (Del) LLC. GSCP (Del) Inc. is wholly owned by Goldman Sachs Bank USA, a New York State-chartered bank that is wholly owned by The Goldman Sachs Group, Inc. The Goldman Sachs Group, Inc. has no parent corporation, and no publicly held corporation holds ten percent or more of its stock.

2. Goldman Sachs Canada Credit Partners Co. is a wholly owned subsidiary of the Goldman Sachs Group, Inc. The Goldman Sachs Group, Inc. directly holds part of the equity of Goldman Sachs Canada Credit Partners Co. The Goldman, Sachs & Co. L.L.C. holds the remainder of the equity of Goldman Sachs Canada Credit Partners Co. The sole member of The Goldman, Sachs & Co. L.L.C. is The Goldman Sachs Group, Inc.

3. Goldman Sachs Mortgage Company is a wholly owned indirect subsidiary of The Goldman Sachs Group, Inc. Goldman Sachs Bank USA is the sole limited partner of Goldman Sachs Mortgage Company. Goldman Sachs Real Estate Funding Corp., a wholly owned subsidiary of Goldman Sachs Bank USA, is the sole general partner of Goldman Sachs Mortgage Company. Goldman Sachs Bank USA is wholly owned by The Goldman Sachs Group, Inc.

4. Goldman Sachs Lending Partners LLC is a wholly owned indirect subsidiary of The Goldman Sachs Group, Inc.  Goldman Sachs Lending Partners Holdings LLC is the sole member of Goldman Sachs Lending Partners LLC.  The Goldman Sachs Group, Inc. is the sole member of Goldman Sachs Lending Partners Holdings LLC.

Dated: New York, New York
April 20, 2012

By: /s/ Benjamin S. Kaminetzky
Benjamin S. Kaminetzky
Andrew D. Schlichter
Marc J. Tobak
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
ben.kaminetzky@davispolk.com

*Attorneys for Defendants Goldman Sachs Credit Partners L.P., Goldman Sachs Canada Credit Partners Co., Goldman Sachs Mortgage Company, and Goldman Sachs Lending Partners LLC*