UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
CAPMARK FINANCIAL GROUP INC.; :
SUMMIT CREST VENTURES, LLC; CAPMARK :
CAPITAL LLC (f/k/a CAPMARK CAPITAL :
INC.); CAPMARK FINANCE LLC (f/k/a :
CAPMARK FINANCE INC.); COMMERCIAL :
EQUITY INVESTMENTS LLC (f/k/a :
COMMERCIAL EQUITY INVESTMENTS, :
INC.); MORTGAGE INVESTMENTS, LLC; NET :
LEASE ACQUISITION LLC; SJM CAP, LLC; :
CAPMARK AFFORDABLE EQUITY :
HOLDINGS LLC (f/k/a CAPMARK :
AFFORDABLE EQUITY HOLDINGS INC.); :
CAPMARK REO HOLDING LLC; and  : Case No. 11-CIV-7511 (RWS)
CAPMARK INVESTMENTS LP, :
:
            Plaintiffs, :
:
      v. :
:
GOLDMAN SACHS CREDIT PARTNERS L.P.; :
GOLDMAN SACHS CANADA CREDIT :
PARTNERS CO.; GOLDMAN SACHS :
MORTGAGE COMPANY; and GOLDMAN :
SACHS LENDING PARTNERS LLC, :
:
            Defendants. :
------------------------------------- x

**NOTICE OF THE GOLDMAN LENDERS' MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendants Goldman Sachs Credit Partners L.P., Goldman Sachs Canada Credit Partners Co., Goldman Sachs Mortgage Company, and Goldman Sachs Lending Partners LLC (collectively, the "Goldman Lenders"), will move this Court before the Honorable Robert W. Sweet, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time

to be determined by this Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint with prejudice.  The grounds for this motion are set forth in the Memorandum of Law in Support of the Goldman Lenders' Motion to Dismiss the Complaint and accompanying Declaration of Benjamin S. Kaminetzky and exhibits thereto.

    PLEASE TAKE FURTHER NOTICE that, pursuant to the agreement of the parties so ordered by this Court on March 27, 2012, any opposition papers in response to this motion shall be served upon the undersigned counsel on or before May 25, 2012, and any reply papers shall be served upon Plaintiffs' counsel on or before June 22, 2012.

Dated: New York, New York
       April 20, 2012

Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By: /s/ Benjamin S. Kaminetzky
    Benjamin S. Kaminetzky
    Andrew D. Schlichter
    Marc J. Tobak
    450 Lexington Avenue
    New York, New York  10017
    Telephone: (212) 450-4000
    Facsimile: (212) 701-5800
    ben.kaminetzky@davispolk.com

*Attorneys for Defendants Goldman Sachs Credit Partners L.P., Goldman Sachs Canada Credit Partners Co., Goldman Sachs Mortgage Company, and Goldman Sachs Lending Partners LLC*