UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

CAPMARK FINANCIAL GROUP INC., ET. AL,

        Plaintiffs,

- against -

GOLDMAN SACHS CREDIT PARTNERS, ET. AL,

        Defendants.

---------------------------------------X

11 Civ. 7511 (RWS)

O R D E R

**Sweet, D.J.**

    The Defendants' motion to dismiss will be heard for oral argument at noon on Wednesday, September 19, 2012 in courtroom 18C.

    It is so ordered.

**New York, NY**
**April 23, 2012**

_____
ROBERT W. SWEET
U.S.D.J.