```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAPMARK FINANCIAL GROUP INC., SUMMIT
CREST VENTURES, LLC; CAPMARK CAPITAL
LLC (F/K/A CAPMARK CAPITAL INC.); CAPMARK
FINANCE LLC (F/N/A CAPMARK FINANCE INC.);
COMMERCIAL EQUITY INVESTMENTS LLC (F/N/A
COMMERCIAL EQUITY INVESTMENTS INC.);
MORTGAGE INVESTMENTS LLC; NET NEASE
ACQUISITION LLC; SJM CAP, LLC; CAPMARK
AFFORDABLE EQUITY HOLDINGS LLC (F/N/A
CAPMARK AFFORDABLE EQUITY HOLDINGS INC.);
CAPMARK REO HOLDING LLC; AND CAPMARK
INVESTMENTS LP,
                              Plaintiffs,           11 CIVIL 7511 (RWS)

          -against-                                    JUDGMENT

GOLDMAN SACHS CREDIT PARTNERS L.P.;
GOLDMAN SACHS CANADA CREDIT
PARTNERS CO.; GOLDMAN SACHS MORTGAGE
COMPANY; AND GOLDMAN SACHS LENDING
PARTNERS LLC,
                              Defendants.
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/13

Defendants Goldman Sachs Credit Partners L.P., Goldman Sachs Canada Credit Partners Co., Goldman Sachs Mortgage Company, and Goldman Sachs Lending Partners LLC (the "Goldman Lenders" or the "Defendants"), having moved to dismiss the Amended Complaint (the "AC") of Plaintiffs pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on April 8, 2013, having rendered its Opinion granting the motion of the Goldman Lenders, and dismissing the AC with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated April 8, 2013, the motion of the Goldman Lenders is granted, and the AC is

dismissed with prejudice.

**Dated:** New York, New York
April 10, 2013

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____